SERAPH M. CHAMBERLIN, Respondent, *v.* ELLA V. GLEASON et al., Appellants, Impleaded with THE CITY OF OLEAN et al.

Reported below, 20 App. Div. 624.
(Argued April 18, 1898; decided April 26, 1898.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 18, 1897, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the Appellate Division had not allowed the appeal, nor had the appeal been allowed by the Court of Appeals, or a judge thereof, and upon the further ground that the Appellate Division unani-

mously decided there was evidence supporting or tending to support the findings of fact and the decision of the trial court.

*Henry Donnelly* and *Allen J. Hastings* for motion.

*J. H. Waring* opposed.

Motion denied, with ten dollars costs.